UST-32A, 3-03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| WALTON, DEMARIO T. | ) | CASE NO. 08-01309-PHX-RTB |
| WALTON, KATIE J. | ) | |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $41.54 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

---

DATE

---

REDFIELD T. BAUM
UNITED STATES BANKRUPTCY JUDGE